UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

KEITH ALEXANDER,                    :

  Plaintiffs                        :     CIVIL ACTION NO. 3:20-2226

  v.                                :          (JUDGE MANNION)

THOMAS MCGINLEY, *et al.*,          :

  Defendants                        :

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to dismiss Plaintiffs' amended complaint (Doc. 63) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

4. Plaintiff's motion for leave to file amended supplemental pleading (Doc. 80) is **DENIED** without prejudice to Plaintiff filing a new action with respect to the allegations contained therein.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: September 27, 2022
20-2226-01-Order